**OLIVIER COMPANY, Appellant,**

v.

George D. PATTERSON, Director of Internal Revenue of the District of Alabama, and United States of America, Intervenor, Appellees.

No. 16801.

United States Court of Appeals
Fifth Circuit.
Dec. 23, 1957.

Louis F. Oberdorfer, D. H. Markstein, Jr., Birmingham, Ala., Markstein & Cooper, Birmingham, Ala., Oberdorfer & Oberdorfer, Birmingham, Ala., Cox, Langford, Stoddard & Cutler, Washington, D. C., of counsel, for appellant.

Charles K. Rice, Asst. Atty. Gen., John N. Stull, Atty., Lee A. Jackson, Harry Baum, L. W. Post, Attys., Washington, D. C., W. L. Longshore, U. S. Atty., M. L. Tanner, Asst. U. S. Atty., Birmingham, Ala., for respondent.

Before RIVES, JONES and BROWN, Circuit Judges.

PER CURIAM.

The facts presenting the questions on this appeal are adequately set forth and the law applicable thereto is correctly stated in the opinion of the Judge who presided at the trial of the cause in the District Court. Olivier Company v. Patterson, D.C., 151 F.Supp. 709. Being in agreement with the decision of the trial court, we adopt its opinion. Its judgment is

Affirmed.

**UNITED STATES of America ex rel. Ernest GENTNER, Appellant,**

v.

**Frank G. MARTIN, Warden, Eastern State Penitentiary, Philadelphia, Pennsylvania.**

No. 12334.

United States Court of Appeals
Third Circuit.

Argued Dec. 20, 1957.

Decided Dec. 27, 1957.

Ernest Gentner, pro se.

Victor H. Blanc, Dist. Atty., James N. Lafferty, First Asst. Dist. Atty., Juanita Kidd Stout and Lawrence M. Aglow, Asst. Dist. Atty., Philadelphia, Pa., for appellee.

Before GOODRICH, KALODNER and HASTIE, Circuit Judges.

PER CURIAM.

In this case the Court has considered the record and the appellant's argument and finds no merit in the appeal. The judgment of the district court will, therefore, be affirmed.